

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION**

| | | |
|---|---|---|
| **WILLIAM H. "BILL" RICHARDSON** | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 9:05-CV-0030 (TH) |
| | § | **JURY** |
| **ASTRO AIR INC.** | § | |

# ORDER DISMISSING CASE

Before the Court is Plaintiff's *Joint Motion for Nonsuit and Voluntary Dismissal of All Claims* [Doc. #14]. After considering the pleadings, the parties' settlement of this action, and the joint nature of this motion, the Court is of the opinion that this *Joint Motion* [Doc. #14] should be GRANTED.

**IT IS THEREFORE ORDERED** that Plaintiff's *Joint Motion for Nonsuit and Voluntary Dismissal of All Claims* [Doc. #14] shall be construed as a *Voluntary Dismissal by Stipulation* under Fed. R. Civ. P. 41(a)(1).

**IT IS FURTHER ORDERED** that Plaintiff's *Joint Motion* [Doc. #14] is **GRANTED** in all respects and that Plaintiff's claims are **DISMISSED** with prejudice.

**IT IS FURTHER ORDERED** that all costs shall be assessed against the party incurring same.

The Clerk is **DIRECTED** to close this case.

**SO ORDERED**.

**SIGNED** this the **10** day of **August, 2005.**

_____
Thad Heartfield
United States District Judge